**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. DIAZ, | No. C 08-4744 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TOM FELKER, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Violet Lee, the court GRANTS respondent's request. (Docket # 8, # 10.) Respondent must file and serve his response no later than **August 14, 2009.** Petitioner must file and serve his traverse no later than **September 24, 2009.**

IT IS SO ORDERED.

DATED: July 24, 2009

_____
SUSAN ILLSTON
United States District Judge